| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| 2 | DBiderman@perkinscoie.com |
|   | Steven K. Hwang, Bar No. 216852 |
| 3 | SKHwang@perkinscoie.com |
|   | PERKINS COIE LLP |
| 4 | 1888 Century Park E., Suite 1700 |
|   | Los Angeles, CA 90067-1721 |
| 5 | Telephone: 310.788.9900 |
|   | Facsimile: 310.788.3399 |

Attorneys for Defendants
BATTEN INDUSTRIES, INC.,
BATTEN INDUSTRIES (US) INC., and
BATTEN SERVICES (US) INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BATTEN INDUSTRIES, INC., BATTEN INDUSTRIES (US) INC., and BATTEN SERVICES (US) INC., <br><br> Defendants. | Case No. 2:18-cv-02818-SVW (FFMx) <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br><br><br><br><br><br><br> Complaint Served: April 19, 2018 |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE COURT:

Pursuant to L.R. 40-2, Plaintiff DANIEL BERMAN, on behalf of himself and all others similarly situated ("Plaintiff") by and through his counsel of record, Shepherd, Finkelman, Miller & Shah, LLP, and Defendants BATTEN INDUSTRIES, INC., BATTEN INDUSTRIES (US) INC., and BATTEN SERVICES (US) INC. ("Defendants") by and through their counsel of record, Perkins Coie LLP (jointly, the "Parties") hereby submit the following Joint Notice of Settlement.

The Parties have reached an agreement to settle all claims in the above-entitled action.

Accordingly, in light of the Parties' settlement, all pending hearings and deadlines may be vacated.

The Parties expect to finalize and execute the settlement papers and dismiss the action within forty-five (45) days.

DATED: October 22, 2018         PERKINS COIE LLP

By: */s/ Steven K. Hwang*
Steven K. Hwang, Bar No. 216852
SKHwang@perkinscoie.com

Attorneys for Defendants
BATTEN INDUSTRIES, INC.,
BATTEN INDUSTRIES (US) INC., and
BATTEN SERVICES (US) INC.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 22, 2018         SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: */s/ James C. Shah*
James C. Shah, Bar No. 260435
jshah@sfmslaw.com

Attorneys for Plaintiff
DANIEL BERMAN, on behalf of himself and all others similarly situated