FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANIEL BERMAN, on behalf of himself and all other similarly situated,

Plaintiff,

v.

BATTEN INDUSTRIES, INC., BATTEN INDUSTRIES (US) INC., and BATTEN SERVICES (US) INC.,

Defendant.

Case No. 2:18-cv-02818-SVW (FFMx)

[PROPOSED] ORDER

[Filed concurrently with Stipulation of Dismissal Pursuant to F.R.C.P. 41]

Priority ___
Send ___
Enter ✓
Closed ___
JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

Pursuant to the stipulation of dismissal filed by Plaintiff, Daniel Berman, and Defendants, Batten Industries Inc., Batten Industries (US) Inc., and Batten Services (US) Inc.,

IT IS HEREBY ORDERED that:

This action is dismissed with prejudice, with each party to pay his or their own costs and attorneys' fees.

IT IS SO ORDERED

Dated: January 9, 2019    By: _____
United States District Judge

[PROPOSED] ORDER
Case No. 2:18-cv-02818-SVW (FFMx)

1